## Miller, Appellant, *v.* Erie County Court of Common Pleas.

Submitted March 25, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

398

*William F. Miller,* appellant, in propria persona.

*Damian J. McLaughlin,* District Attorney, and *Paul B. Joslin,* Assistant District Attorney, for appellee.

PER CURIAM, April 14, 1947:
The order of the court below discharging the rule to show cause why a writ of habeas corpus should not be issued is affirmed upon the opinion of Judge LAUB.